**Brian C. PRINCE, Petitioner–Appellant,**

v.

**Warden Terry O'BRIEN, Respondent–Appellee.**

**No. 13–6266.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 23, 2013.

Brian C. Prince, Appellant Pro Se. Helen Campbell Altmeyer, Assistant United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILKINSON, GREGORY, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brian C. Prince, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28

court. Fed. R.App. P. 4(c); *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).

U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Prince v. O'Brien,* 1:12–cv–00064–IMK–JSK, 2013 WL 441370 (N.D.W.Va. Feb. 5, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*